# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-5172

September Term, 2021

1:22-cv-00723-UNA

**Filed On:** July 28, 2022

Andrew U.D. Straw,

      Appellant

    v.

Unknown Clerk Officer(s) of the Second
Circuit U.S. of Appeals,

      Appellee

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Wilkins and Katsas, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, and the letter submitted by appellant pursuant to Federal Rule of Appellate Procedure 28(j), it is

**ORDERED AND ADJUDGED** that the district court's order filed on May 27, 2022, be affirmed. The district court correctly concluded that appellees were entitled to judicial immunity from appellant's damages claims, and the court thus correctly dismissed the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). Appellees' actions in this case, including managing dockets and issuing orders, were "intimately related to the judicial process." See Sindram v. Suda, 986 F.2d 1459, 1460 (D.C. Cir. 1993).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-5172**                                    **September Term, 2021**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App.
P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                     **FOR THE COURT:**
                                     Mark J. Langer, Clerk

              BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk